No. 76–6824.   COZZETTI *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 76–832.   JAGNANDAN ET AL. *v.* GILES ET AL.   C. A. 5th Cir.   Certiorari denied.   THE CHIEF JUSTICE and MR. JUSTICE BRENNAN would grant certiorari.

No. 76–1322.   CHRISTIAN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE STEWART and MR. JUSTICE MARSHALL join, dissenting.

Petitioner was convicted in the United States District Court for the Western District of Oklahoma of transporting an obscene film in interstate commerce in violation of 18 U. S. C. § 1462.   The Court of Appeals for the Tenth Circuit affirmed the conviction.   I would reverse.   I adhere to my view that this statute is "clearly overbroad and unconstitutional on its face."   *United States* v. *Orito,* 413 U. S. 139, 147, 148 (1973) (dissenting opinion).   In that circumstance, I have no occasion to consider whether the other question presented merits plenary review.   See *Heller* v. *New York,* 413 U. S. 483, 494 (1973) (dissenting opinion).

No. 76–1478.   PEROT ET AL. *v.* ALLEGAERT, TRUSTEE IN BANKRUPTCY, ET AL.   C. A. 2d Cir.   Motion of American Stock Exchange, Inc., for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 76–1518.   BLACK, WARDEN *v.* HOLT.   C. A. 6th Cir. Application for release of respondent on personal recognizance, presented to MR. JUSTICE STEWART, and by him referred to the Court, denied.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   MR. JUSTICE POWELL would grant certiorari.